

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00608-CV

**IN THE INTEREST OF J.C.R.** and J.D.D., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02092
Honorable Charles E. Montemayor, Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the motion to withdraw is GRANTED and the trial court's order of termination is AFFIRMED.

We order that no costs be assessed against appellant mother because she is indigent.

SIGNED February 4, 2015.

_____
Marialyn Barnard, Justice

---

[1] The Honorable Laura Salinas is the judge of the 166th Judicial District Court, Bexar County, Texas. However, the order of termination was signed by Associate Judge Charles E. Montemayor.